Opinion issued July 6, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00334-CV






STEVE DEKKER, Appellant


V.


PRINCIPAL RESIDENTIAL MORTGAGE, INC.; THOMAS E. REDER,
SUBSTITUTE TRUSTEE; AND FEDERAL HOME LOAN MORTGAGE
CORPORATION, Appellees






On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 2005-04818




 


MEMORANDUM OPINION

 Appellant, Steve Dekker, sued appellees, Principal Residential Mortgage, Inc.;
Thomas E. Reder, substitute trustee; and Federal Home Loan Mortgage Corporation,
to set aside an alleged wrongful foreclosure sale. After submission of the appeal,
Dekker filed a motion to dismiss. We grant the motion and dismiss the appeal.


PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.